DOC NO
REC'D/FILED
2018 AUG -2 AM 11:56
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SEALED

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 18-CR-113-WMC |
| DAVID OHMAR HARRIS, | 18 U.S.C. § 2251(a) |
| | 18 U.S.C. § 875(d) |
| Defendant. | 18 U.S.C. § 2261A(2)(B) |

THE GRAND JURY CHARGES:

## COUNT 1

Between on or about December 1, 2016, and on or about August 20, 2017, exact date unknown, in the Western District of Wisconsin and elsewhere, the defendant,

DAVID OHMAR HARRIS,

knowingly and intentionally used, persuaded, induced, and coerced Known Victim #1, an individual who had not attained the age of 18 years, to engage in sexually explicit conduct for the purpose of transmitting a live visual depiction of such conduct, and such conduct was actually transmitted using any means or facility of interstate commerce.

(In violation of Title 18, United States Code, Section 2251(a)).

## COUNT 2

On or about June 11, 2018, in the Western District of Wisconsin and elsewhere, the defendant,

DAVID OHMAR HARRIS,

knowingly used, persuaded, induced, and coerced Known Victim #1, an individual who had not attained the age of 18 years, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, and such visual depictions were transmitted using any means or facility of interstate commerce, specifically, visual depictions of KV #1 masturbating were transmitted via Facebook.

(In violation of Title 18, United States Code, Section 2251(a)).

## COUNT 3

On or about June 11, 2018, in the Western District of Wisconsin and elsewhere, the defendant,

DAVID OHMAR HARRIS,

with the intent to extort a thing of value from Known Victim #1, knowingly transmitted in interstate commerce communications containing threats to injure the reputation of Known Victim #1.

(In violation of Title 18, United States Code, Section 875(d)).

## COUNT 4

Between on or about December 1, 2016, to on or about June 12, 2018, in the Western District of Wisconsin and elsewhere, the defendant,

DAVID OHMAR HARRIS,

with the intent to harass, intimidate, and cause substantial emotional distress to Known Victim #1, used facilities of interstate and foreign commerce, including

Facebook and Kik, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Known Victim #1.

(In violation of Title 18, United States Code, Section 2261A(2)(B)).

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 2 aug 2018

_____
SCOTT C. BLADER
United States Attorney

3