Dear: Judge

    I am very sorry for what I have done and the pain I have caused all of the victims and their families. With the help of Janie, Kim, and Jenn, I have thought a lot about my life and what I have done. I have a lot of anger inside me and I know that I have a hard time controlling it. I don't want to feel this way. I don't like it and never have. I want so much help understanding how my brain works and how I view the world and how to not feel this way. I know I need serious treatment. So I can stop feeling the way I do. I know I need hard core therapy and I am going to put my all into it when I get it. Even now I am working hard on my breathing when things are rough and even trying to meditate to be at peace. It is hard but I am also trying hard every day. I even have a journal that helps. Please know I am sorry and will never do this again. Please put me somewhere I am safe.

                                                            Sincerely: David. O. Harris